JULIUS SCHWARTZENBERG, Respondent, v. MAINE CENTRAL RAILROAD COMPANY, Appellant.— Order denying defendant's motion to vacate the service of the summons and dismiss the complaint in this action affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

MIRIAM SPARBER, Appellant, v. THE CITY OF NEW YORK, Respondent.— Action to recover damages for personal injuries sustained when plaintiff tripped on a patch of ice on a public sidewalk. Judgment dismissing the complaint on the merits at the close of the entire case, affirmed, with costs. No actionable negligence on the part of the defendant is shown. (*Reutlinger* v. *City of New York*, 255 App. Div. 848; affd., 281 N. Y. 592.) Appeal, in so far as it purports to be taken from an order setting aside the verdict of a jury in favor of the plaintiff, and from an order dismissing the complaint, dismissed. There are no such orders in the record. Hagarty, Adel and Taylor, JJ., concur; Carswell and Close, JJ., dissent, vote to reverse the judgment and to reinstate the verdict on the authority of *Rosenberg* v. *City of New York* (256 App. Div. 927; affd., 280 N. Y. 815) and *McCaffrey* v. *City of New York* (255 App. Div. 872; affd., 280 N. Y. 630).